UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                    *

RONALD W COOKE, JR              *        CASE NO: 12-28283-DER
JAIME COOKE
Debtor                                   *        CHAPTER 13

              *     *     *     *     *

OBJECTION TO LATE CLAIM
CITIBANK, N.A.
COURT CLAIM #10

    Ellen W Cosby, Trustee, files this Objection to the claim filed by CITIBANK, N.A., (the "Claimant") and, for cause, states:

    1.    The Claimant filed its proof of claim (the "Claim") in this chapter 13 case on MAY 29, 2013.

    2.    The last date for filing claims in this case was FEBRUARY 13, 2013 as established by Bankruptcy Rule 3002(c) and the Order of Notice of Chapter 13 Filing sent to all creditors.

    3.    The Claim was filed after the bar date in this case.

    WHEREFORE, the Trustee requests this Court to disallow this Claim described in this Objection, and to grant such other and further relief as is just.


                                         _/s/_ELLEN W. COSBY____
DATE:   June 14, 2013                    Ellen W Cosby /  jtb
                                         Chapter 13 Trustee
                                         300 E. Joppa Road #409
                                         Baltimore, MD 21286
                                         410-825-5923

TO THE CLAIMANT:  TAKE NOTICE THAT, UNLESS YOU WISH TO RELY SOLEY ON YOUR PROOF OF CLAIM, UNDER LOCAL BANKRUPTCY RULE 3007-1, YOU HAVE 30 DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE BELOW TO FILE AND SERVE ON THE TRUSTEE AN OPPOSITION TO THIS OBJECTION (TOGETHER WITH ANY DOCUMENTS AND EVIDENCE IN SUPPORT OF THE CLAIM), AND TO REQUEST A HEARING, IF DESIRED.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection was mailed by first-class mail on June 14, 2013 to:

RONALD W & JAIME COOKE
5606 OVERLOOK COURT
WHITE MARSH, MD 21162


CITIBANK, N.A.
ATTN: BRIDGETT CURLEY, BK SPECIALIST
P O BOX 6030
SIOUX FALLS, SD 57117-6030


CITIBANK, N.A.
P O BOX 688971
DES MOINES, IA 50368-8971


CITIBANK N.A.
WILLIAM RHODES, CEO                    sent certified
399 PARK AVE
NEW YORK, NY 10022


THE CORPORATION TRUST INCORPORATED
Agent for CITIBANK, N.A.
351 W CAMDEN STREET
BALTIMORE, MD 21201


Transmitted electronically through CM/ECF to:
JAMES R. LOGAN, ESQUIRE


_/s/*ELLEN W. COSBY*_
Ellen W Cosby / jtb