UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In RE: | * | |
| | * | |
| RONALD W COOKE, JR | * | CASE NO: 12-28283-DER |
| JAIME COOKE | * | |
| DEBTOR | * | CHAPTER 13 |
| | * | |
| | * | |

\* \* \* \* \*

ORDER SUSTAINING OBJECTION TO LATE CLAIM
CITIBANK, N.A.
COURT CLAIM #10

Upon consideration of the Objection of the Trustee to the proof of claim filed by CITIBANK, N.A., it appearing that the proof of claim was not filed within the time established by Bankruptcy Rule 3002 (c), it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the claim filed by CITIBANK, N.A., is hereby disallowed.

CCS:   Ellen W Cosby, Trustee
Claimant (5)
Debtor
Counsel for Debtor

**END OF ORDER**